UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A JACKSON,

            Petitioner,

    v.

KEVIN G RINGUS,

            Respondent.

CASE NO. C13-5582 RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR:
NOVEMBER 29, 2013

       The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state misdemeanor conviction. Thus, the petition is filed pursuant to 28 U.S.C. § 2254.

       The Court recommends dismissing this petition without prejudice based on petitioner's failure to provide the Court with a current address, failure to prosecute the action, and failure to comply with a Court order.

       On July 29, 2013, the Court ordered petitioner to file an amended petition (ECF No. 5). The Court gave petitioner until August 30, 2013 to comply with that order. On August 13, 2013

REPORT AND RECOMMENDATION - 1

the post office returned the order as undeliverable because Mr. Jackson was no longer living at the address provided to the court (ECF No. 6).

It has been more than sixty days since the post office returned mail addressed to petitioner. Local Rule 41(b)(2) states:

> A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address and, if electronically filing or receiving notices electronically, his or her current email address. If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute.

Petitioner has failed to keep the Court informed of a current address and failed to prosecute this action. Further, petitioner has failed to comply with the Court's order to amend the petition. The Court, therefore, recommends dismissal of this petition without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on November 29, 2013, as noted in the caption.

Dated this 5th day of November, 2013.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2