UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A JACKSON,

                        Petitioner,

        v.

KEVIN G RINGUS,

                        Respondent.

CASE NO. C13-5582 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard

Creatura, objections to the Report and Recommendation, if any, and the remaining record, does

hereby find and Order:

     (1)    The Court adopts the Report and Recommendation; and

     (2)    The Court dismisses this action with prejudice for failure to comply with
            Court orders.

DATED this 4th day of April, 2014.



RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE